IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 1:08-cr-00052-1 | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| DONNELL EDWARD CALLAHAM, ) | By: Hon. Robert S. Ballou | |
| Petitioner. ) | United States Magistrate Judge | |

This matter is before the court upon appointed counsel's motion to withdraw from representation. Donnell Edward Callaham had filed a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U. S. C. § 2255, and the court appointed the Federal Public Defender pursuant to Standing Order 2015-5 to help Petitioner identify any potential claim under Johnson v. United States, __ U.S. __ , 135 S. Ct. 2551 (2015). The Federal Public Defender has since filed a notice that Petitioner's case is not affected by Johnson, she has nothing to add to Petitioner's pro se § 2255 motion, she will not be filing further pleadings in this matter, and she seeks permission to withdraw. Finding it appropriate to do so, counsel's motion to withdraw is **GRANTED**, and Petitioner shall continue to prosecute the § 2255 motion pro se.

It is so **ORDERED**.

Entered: June 24, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge