# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:08CR00052-001 |
| v. | ) | **FINAL ORDER** |
| **DONNELL EDWARD CALLAHAM,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the United States' Motion to Dismiss is GRANTED and the Motion pursuant to 28 U.S.C. § 2255 is DENIED. Based upon the court's finding that the defendant has not made a substantial showing of the denial of a constitutional right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: June 4, 2021

/s/ JAMES P. JONES
United States District Judge